### REYNOLDS v. ANDERSON.

Court of Common Pleas. Sussex. April, 1797.

*Clayton's Notebook, 19.*

Reynolds purchased the land of the defendant at sheriff's sale. Defendant continued in possession after the sale and refused to pay rent. The plaintiff brought assumpsit for use and occupation and by the judgment of the Court recovered, though he had never been in actual possession or recognized by the defendant as landlord. *Ex relatione Ridgely.*

*Ridgely* [for] plaintiff. *Clayton* for defendant.